# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| YORK DEVELOPMENT LIMITED PARTNERSHIP, | No. 780 MAL 2017 |
| Cross Petitioner | Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| ATLANTIC WIRELESS GROUP, INC. T/D/B/A CINGULAR WIRELESS AND THE WIRELESS EXPERIENCE OF PA INC., | |
| Respondent | |
| YORK DEVELOPMENT LIMITED PARTNERSHIP, | No. 781 MAL 2017 |
| Cross Petitioner | Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| ATLANTIC WIRELESS GROUP, INC. T/D/B/A CINGULAR WIRELESS AND THE WIRELESS EXPERIENCE OF PA INC., | |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2018, the Cross Petition for Allowance of Appeal is **DENIED**.